# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| KATHLEEN PIERCE, | : |
| Plaintiff, | : |
| | Case No. 3:10cv00349 |
| vs. | : |
| | District Judge Walter Herbert Rice |
| MICHAEL J. ASTRUE, | : Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | |
| Security Administration, | : |
| Defendant. | : |

## DECISION AND ENTRY

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #19), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on September 26, 2012 (Doc. #19) is ADOPTED in full;

2. Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act, 28 U.S.C. §2412(d) (Doc. #17) is GRANTED in part and DENIED in part;

3. Plaintiff is granted an award of attorney fees in the total amount of $2,062.50; and

4.  The case remains terminated on the docket of this Court.

*(signature)*
Walter Herbert Rice
United States District Judge