IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KATHLEEN PIERCE,

    Plaintiff,

  v.

CAROLYN W. COLVIN,
Commissioner of the Social
Security Administration,

    Defendant.

:
:
:
:

Case No. 3:10-cv-349

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING CHIEF MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #28, AS AMENDED BY DOC. #29); SUSTAINING IN PART AND OVERRULING IN PART PLAINTIFF'S MOTION FOR ALLOWANCE OF ATTORNEY FEES (DOC. #21); DIRECTING DEFENDANT TO PAY PLAINTIFF'S ATTORNEY FEES IN THE AMOUNT OF $8,849.41; CASE TO REMAIN TERMINATED ON COURT'S DOCKET

---

Based on the reasoning and citations of authority set forth by Chief Magistrate Judge Sharon L. Ovington in her April 4, 2016, Report and Recommendations, Doc. #28, as amended by her April 7, 2016, Amended Report and Recommendations, Doc. #29, as well as upon a thorough *de novo* review of this Court's docket and the applicable law, the Court ADOPTS said judicial filings as amended.  The Court notes that, although the parties were advised of their right to file objections to the Reports and Recommendations, and of the consequences of failing to do so, no objections to either document were filed.

Accordingly, Plaintiff's Motion for Allowance of Attorney Fees, Doc. #21, is SUSTAINED IN PART and OVERRULED IN PART. Pursuant to 42 U.S.C. § 406(b), the Commissioner is directed to pay Plaintiff's attorney fees in the amount of $8,849.41. The above-captioned case shall remain terminated on this Court's docket.

Date: May 23, 2016

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE